■ RONALD E. ALLEN, Respondent, v. LANGDON & HUGHES ELECTRIC CO., INC., et al., Appellants, et al., Defendants.— Same decision and like cause of action as in companion case of *Allen* v. *Langdon & Hughes Elec. Co.* (7 A D 2d 878).

■ MARY PALUZZI, Respondent, v. LANGDON & HUGHES ELECTRIC CO., INC., et al., Appellants, et al., Defendants.— Same decision and like cause of action as in companion case of *Allen* v. *Langdon & Hughes Elec. Co.* (7 A D 2d 878).

■ WILLIAM PALUZZI, Respondent, v. LANGDON & HUGHES ELECTRIC CO., INC., et al., Appellants, et al., Defendants.— Same decision and like cause of action as in companion case of *Allen* v. *Langdon & Hughes Elec. Co.* (7 A D 2d 878).

■ ANGELINE AMENDOLARE, Respondent, v. LANGDON & HUGHES ELECTRIC CO., INC., et al., Appellants, et al., Defendants.— Same decision and like cause of action as in companion case of *Allen* v. *Langdon & Hughes Elec. Co.* (7 A D 2d 878).

■ CHARLES S. AMENDOLARE, Respondent, v. LANGDON & HUGHES ELECTRIC CO., INC., et al., Appellants, et al., Defendants.— Same decision and like cause of action as in companion case of *Allen* v. *Langdon & Hughes Elec. Co.* (7 A D 2d 878).

■ LANGDON & HUGHES ELECTRIC CO., INC., Appellant, v. NICHOLAS G. MESSINA et al., Respondents.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment of Herkimer Trial Term for defendants for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ LEON E. PILLMORE, Appellant, v. NICHOLAS G. MESSINA et al., Respondents.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment of Herkimer Trial Term for defendants for no cause of action, in an automobile negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ WALTER J. HAUCK, Appellant, v. DOMENIC W. RONCONE et al., Doing Business as SPEAKER'S FURNITURE COMPANY, Respondents, et al., Defendants. — Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Trial Term dismissing plaintiff's complaint as against defendants Roncone and Spaccasi on motion by said defendants at the close of plaintiff's case in a negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ WALTER J. HAUCK, Appellant, v. DOMENIC W. RONCONE et al., Defendants, and ROCHESTER POSTER ADVERTISING CO., INC., Respondent.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant Rochester Poster Advertising Co., Inc., for no cause of action on the second cause of action in plaintiff's complaint, the third and fourth causes of action having been dismissed on motion by said defendant at the close of all of the evidence.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ JOSEPHINE INSALACO, Respondent, v. CITY OF NIAGARA FALLS et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.